# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 96-2829

———————

John L. Henss,                  *
                                    *

       Appellant,        *
                                    *   Appeal from the United States

   v.                    *   District Court for the
                                    *   Southern District of Iowa.

G. Dean Garland,          *
                                  *       **[UNPUBLISHED]**

       Appellee.         *

———————

Submitted: April 29, 1997

Filed: May 14, 1997

———————

Before McMILLIAN, FAGG and LOKEN, Circuit Judges.

———————

PER CURIAM.

John Henss appeals from the district court's[1] affirmance of the bankruptcy court's[2] denial of exemptions Henss claimed for a homestead and for his interest in an employee stock ownership plan. Having reviewed the record and the parties' submissions, we affirm the judgment for the reasons set forth in the bankruptcy court's thorough opinion. See 8th Cir. R. 47B.

———————

[1]The HONORABLE CHARLES R. WOLLE, Chief Judge, United States District Judge for the Southern District of Iowa.

[2]The HONORABLE RUSSELL J. HILL, Chief Judge, United States Bankruptcy Court for the Southern District of Iowa.

A true copy.

Attest:

       CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.